IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL__

05 APR 19 AM IU 4

UNITED STATES OF AMERICA

    Plaintiff,

v.                                            CR. NO.   02-20497-02-Ma

KENDRA COOPER WILLIAMS,

    Defendant.

ROBERT R. DI_ _LIO
CLERK, U.S. DI__ CT.
W.D. OF TN, MEMPHIS

### ORDER TO SURRENDER

The defendant, Kendra Cooper Williams, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **Federal Medical Center Lexington, 3301 Leestown Road, Lexington, Kentucky 40511,** no later than **2:00 p.m., Friday, May 6, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**ENTERED** this the 18th day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05

(269)

(02-20497-02-Ma)

## ACKNOWLEDGMENT

I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.


Signed and acknowledged before me on _____



_____           _____
Clerk/Deputy Clerk                  Defendant

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 269 in case 2:02-CR-20497 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Mark Mesler
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Linda Parson Khumalo
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Honorable Samuel Mays
US DISTRICT COURT